IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LISA MARIE CENTOLA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-353 (MTT) |
| PEACH COUNTY L.E.C. and BYRON POLICE DEPARTMENT, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Defendants' Motions to Dismiss. (Docs. 3, 5). The Plaintiff did not file a response. Here, Defendant Peach County Law Enforcement Center and Defendant Byron Police Department are not entities subject to suit. *Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992); *Greco v. Stone*, 2011 WL 2550731, at *4 (M.D. Ga. June 24, 2011); *McCrae v. Tift County Law Enforcement Center*, 2007 WL 2917526, at *2 (M.D. Ga. Oct. 5, 2007). Accordingly, the Motions are **GRANTED**.

**SO ORDERED**, this the 19th day of October, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT